JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
KELLY A. CORCORAN (260268)
corcoran@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs
JEFFREY HERSON and EAST BAY OUTDOOR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, a charter city,<br><br>     Defendant. | Case No. 3:09-CV-02516-PJH<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT**<br><br>Honorable Phyllis J. Hamilton |

Case No. 3:09-CV-02516-PJH                                                                                       [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

The time for Plaintiffs to file an Amended Complaint is extended two weeks. Plaintiffs shall file an Amended Complaint by November 5, 2009.

DATED: 10/20/09

Honorable Phyllis J. Hamilton

