ALAN R. HERSON, State Bar No. 049516
196 Eastside Road
Jacksonville, Oregon 97530-8935
Telephone: (541) 770-1372
Facsimile: (541) 899-6937
Internet E-mail: arherson@yahoo.com

Attorney for Plaintiffs JEFFREY HERSON
and EAST BAY OUTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual EAST BAY OUTDOOR, INC., a corporation,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND,<br><br>   Defendant. | Case No. 4:09-cv-02516-PJH<br><br>PLAINTIFFS' SUBSTITUTION OF ATTORNEYS<br><br><br><br><br><br><br><br>Honorable Phyllis J. Hamilton<br><br>Trial Date: February 28, 2011 |

Plaintiffs JEFFREY HERSON and EAST BAY OUTDOOR, INC., substitute Gary L. Bostwick and Jean-Paul Jassy as attorneys for Plaintiff.

Dated: June 26, 2010.   /s/ Alan R. Herson
                         Alan R. Herson
                         Attorney for Plaintiffs

1 – PLAINTIFFS' SUBSTITUTION OF ATTORNEYS                Case No.4:09-cv-02516-PJH

1 | Dated: June 26, 2010.  
2 | _____  
   | Jeffrey Herson  
   | Plaintiff

3 |  
4 | Dated: June 26, 2010.    East Bay Outdoor, Inc.

5 |                          By: _____  
6 |                          Bahram Farahi  
                             President
7 |

8 | Substitution Accepted:

9 | Dated: July 6, 2010.     _____  
10 |                          Gary L. Bostwick  
11 |                          State Bar No. 79000  
12 |                          Bostwick & Jassy LLP  
                              12400 Wilshire Blvd., Suite 400  
13 |                          Los Angeles, CA 90025  
                              Telephone: (310) 979-6059  
14 |                          Facsimile: (310) 314-8401  
                              E-mail: gbostwick@bostwickjassy.com
15 |

16 | Dated: July 6, 2010.     _____  
17 |                          Jean-Paul Jassy  
18 |                          State Bar No. 205513  
                              Bostwick & Jassy LLP  
19 |                          12400 Wilshire Blvd., Suite 400  
20 |                          Los Angeles, CA 90025  
                              Telephone: (310) 979-6059  
21 |                          Facsimile: (310) 314-8401  
22 |                          E-mail: jpjassy@bostwickjassy.com

7/9/10

IT IS SO ORDERED  
Judge Phyllis J. Hamilton

2 - PLAINTIFF'S SUBSTITUTION OF ATTORNEYS          Case No. 4:09-cv-02516-PJH