RANDY RIDDLE (CA State Bar No. 121788)
CITY ATTORNEY
KEVIN SCOTT DICKEY (CA State Bar No. 184251)
CHIEF DEPUTY CITY ATTORNEY
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone:   (510) 620-6509
Facsimile:   (510) 620-6518
randy_riddle@ci.richmond.ca.us

ANDREW W. SCHWARTZ (CA State Bar No. 87699)
MATTHEW D. ZINN (CA State Bar No. 214587)
WINTER KING (CA State Bar No. 237958)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Schwartz@smwlaw.com
Zinn@smwlaw.com
King@smwlaw.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF RICHMOND, a charter city,<br><br>    Defendant. | Case No. 4:09-cv-02516-PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEPOSITION BEYOND DISCOVERY CUTOFF; [PROPOSED] ORDER**<br><br>Judge:  Honorable Phyllis J. Hamilton<br>Dept.:  Courtroom 3<br><br>Trial Date:     None set |

1    WHEREAS, Plaintiffs have noticed a deposition of Defendant's person or persons most
2 knowledgeable pursuant to Fed. R. Civ. P. 30(b)(6) for August 17, 2010 ("PMK Deposition");
3    WHEREAS, given the numerous subjects included in the notice, the preparation required
4 for the PMK Deposition will be extensive, Defendant wishes to extend the date of the deposition
5 to September 7, 2010;
6    WHEREAS, this Court's Case Management and Pretrial Order establishes August 25,
7 2010 as the cutoff for non-expert discovery;
8    WHEREAS, the parties cannot agree about whether that cutoff should be extended, and
9 Defendant plans to apply separately to this Court to extend the cutoff, but the parties have
10 agreed to request that this Court allow the PMK Deposition to occur after the existing cutoff;
11 and
12    WHEREAS, although this stipulation involves a discovery matter, because it also
13 involves an exception to a deadline set in this Court's Case Management and Pretrial Order, it
14 has not been designated in the caption as a discovery matter.
15    NOW, THEREFORE, the parties hereby agree and request that the Court order as
16 follows:
17    1.    Notwithstanding the non-expert discovery cutoff presently set for August 25,
18 2010, the deposition noticed by Plaintiffs pursuant to Fed. R. Civ. P. 30(b)(6) for August 17,
19 2010 shall be held instead on September 7, 2010 at the same time and place indicated in the
20 notice of deposition.
21    2.    Defendant waives notice of the new date of the PMK Deposition.

22 DATED: August 11, 2010                SHUTE, MIHALY & WEINBERGER LLP

                                        By:  /s/ Matthew D. Zinn
                                             MATTHEW D. ZINN

                                        Attorneys for Defendant
                                        CITY OF RICHMOND

1
STIPULATION TO EXTEND TIME FOR DEPOSITION; [PROPOSED] ORDER
CASE NO. 9-cv-02516-PJH

1  DATED: August 11, 2010            BOSTWICK & JASSY LLP
2
3
4                                            /s/ Gary L. Bostwick (concurrence in filing
                                       By:   obtained on August 11, 2010)
5                                            GARY L. BOSTWICK

6                                    Attorneys for Plaintiffs
                                     JEFFREY HERSON and EAST BAY OUTDOOR,
7                                    INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Notwithstanding the non-expert discovery cutoff presently set for August 25, 2010, the deposition noticed by Plaintiffs pursuant to Fed. R. Civ. P. 30(b)(6) for August 17, 2010 shall be held instead on September 7, 2010 at the same time and place indicated in the notice of deposition.

2. Plaintiffs need not serve a revised notice of deposition reflecting the new date.

IT IS SO ORDERED.

DATED: August 17, 2010



_____
HON. PHYLLIS J. HAMILTON
United States District Judge