1  DAVID J. BEAUVAIS (CA Bar # 84275)
   409 13th Street, 20th Floor
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile: 9510) 832-3610

4

5

6

7
                       UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 | JEFFREY HERSON and EAST BAY      ) No. C 09-2516 PJH
   | OUTDOOR, Inc.,                   )
11 |                                  )
   |                                  )
12 |                                  ) **SUBSTITUTION OF ATTORNEYS**
   |        Plaintiffs,               ) **AND ORDER**
13 |                                  )
   |   vs.                            )
14 |                                  )
   |                                  )
15 | CITY OF RICHMOND,                )
   |                                  )
16 |                                  )
   |                                  )
17 |        Defendant.                )
18 | _____  )

19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      **NOTICE IS HEREBY GIVEN** that plaintiff, JEFFREY HERSON, hereby substitutes

21 DAVID J. BEAUVAIS, as his attorney of record in place and in stead of BOSTWICK & JASSY,

22 LLP. The address of plaintiff's new counsel is 409 13th Street, 20th Floor, Oakland, California

23 94612. Telephone: (510) 832-3605. Facsimile: (510) 832-3610.

24      DATED: December 20, 2010.

25

26                                              /s/ Jeffrey Herson
                                                JEFFREY HERSON
27

28

SUBSTITUTION OF ATTORNEYS AND ORDER                                                          1

1   I consent to said substitution.

2
    DATED: December 20, 2010
3

4                                       /s/ Gary L. Bostwick
                                        On behalf of BOSTWICK
5                                       & JASSY, LLP.

6
    I accept said substitution.
7

8
    DATED: December 20, 2010
9

10
                                        /s/ David J. Beauvais
11                                      DAVID J. BEAUVAIS
                                        Attorney for Plaintiff
12

13

14  **IT IS SO ORDERED.**

15  DATED:  12/28/10

16

17

18                                      _____
                                        U.                    CT JUDGE
19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS AND ORDER                              2