1  DAVID J. BEAUVAIS (CA Bar # 84275)
   409 13th Street, 20th Floor1904 Franklin Street, Suite 800
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile: 9510) 832-3610

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HERSON and EAST BAY OUTDOOR, Inc., | ) No. C 09-2516 PJH ) ) |
| Plaintiffs, | ) **SUBSTITUTION OF ATTORNEYS** ) **AND ORDER** ) |
| vs. | ) ) |
| CITY OF RICHMOND, | ) ) ) |
| Defendant. | ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff, EAST BAY OUTDOOR, Inc. hereby substitutes DAVID J. BEAUVAIS, as his attorney of record in place and in stead of BOSTWICK & JASSY, LLP.  The address of plaintiff's new counsel is 409 13th Street, 20th Floor, Oakland, California 94612.  Telephone: (510) 832-3605.  Facsimile: (510) 832-3610.

DATED: December 20, 2010.

/s/ Bahram Sarahi
BAHRAM SARAHI on
behalf of EAST BAY
OUTDOOR, INC.

SUBSTITUTION OF ATTORNEYS AND ORDER                                                                 1

I consent to said substitution.

DATED: December 20, 2010

                                    Gary L. Bostwick
                                    On behalf of BOSTWICK
                                    & JASSY, LLP.

I accept said substitution.

DATED: December 20, 2010

                                    /s/ David J. Beauvais
                                    DAVID J. BEAUVAIS
                                    Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: 12/28/10

                                  _____
                                  UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEYS AND ORDER 3