DAVID J. BEAUVAIS (CA Bar # 84275)
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: 9510) 832-3610

Attorney for Plaintiffs
JEFFREY HERSON and
EAST BAY OUTDOOR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HERSON and EAST BAY OUTDOOR, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RICHMOND, <br><br> Defendant. | No. C 09-2516 PJH <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs, JEFFREY HERSON and EAST BAY OUTDOOR, Inc. ("Plaintiffs)" through their counsel DAVID J. BEAUVAIS and defendant CITY OF RICHMOND, ("Defendant") through its counsel, SHUTE, MIHALY & WEINBURGER, LLP, hereby stipulate to continue the hearing on Defendant's motion for summary judgment from March 2, 2011 to March 16, 2011. This stipulation is made with reference to the following facts:

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT    1

1. On March 1, 2011, plaintiff's counsel will be in Washington, D.C. to attend oral argument in the United States Supreme Court in the case of *Camreta v. Greene*. Plaintiff's counsel has written an amicus brief in support of the respondent in that case and has already made travel arrangements. On the evening of March 1, counsel expects to attend a function with respondent's counsel and other lawyers who participated in that case.

2. Due to a series of snowstorms that have plagued the northeast all winter with frequent flight cancellations and disruptions, counsel cannot be sure that he would return in time for the hearing in this case on the morning of March 2 even if he booked a flight on March 1.

3. Defendant's counsel is scheduled for trial during the week of March 7, 2011and thus would be unavailable for a March 9 hearing.

4. The parties have agreed to the following briefing schedule: Plaintiffs' opposition to be filed by February 18, 2011 and defendant's reply to be filed on March 2, 2011.

DATED: January 28, 2011

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

DATED: January 28, 2011

/s/ Matthew Zinn
On behalf of SHUTE, MIHALY
& WEINBURGER
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, the hearing on Defendant's motion for summary judgment is continued from March 2, 2011 at 9:00 A.M. to March 16, 2011 at 9:00 A.M. and the deadline to hear dispositive motions is likewise extended to March 16, 2011.

DATED: 2/1/11

_____
UNITED STATES DISTRICT JUDGE

