UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HERSON, et al.,

    Plaintiff(s),

v.

CITY OF RICHMOND,

    Defendant(s).
_____/

No. C 09-2516 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion for Sanctions for Spoliation, and for all further discovery. Any date for hearing noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

    IT IS SO ORDERED.

Dated: March 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Sue, Assigned M/J, counsel of record