1  Karl Olson (SBN 104760)
   kolson@ramolson.com
2  RAM & OLSON LLP
   555 Montgomery Street, Suite 820
3  San Francisco, CA  94111
   Tel:  415-433-4949
4  Fax: 415-433-7311

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF RICHMOND, a charter city,<br><br>        Defendant. | Case No. 4:09-cv-02516-PJH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S DISCOVERY MOTION FOR SANCTIONS**<br>____AS MODIFIED____<br><br>**DISCOVERY MATTER**<br><br>Old Date:  April 25, 2011<br>New Date:  May 16, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom E. 15th Floor<br>[Magistrate Judge Elizabeth D. Laporte]<br><br>Complaint Filed:  June 5, 2009<br>Trial Date:  July 25, 2011 |

IT IS HEREBY STIPULATED by and between the parties that for good cause shown, including but not limited to the schedules of counsel, the hearing on Defendant's discovery Motion for Sanctions (Document No. 114) shall be continued to May 16, 2011 at 1:30 p.m. in Courtroom E, 15th floor, San Francisco, the courtroom of Magistrate Judge Elizabeth D. Laporte.

/ / /

/ / /

/ / /

1  The parties also stipulate that Plaintiff's Opposition to the discovery motion shall be due
2  on April 18, 2011, and Defendant's reply shall be due on May 2, 2011.

4      IT IS SO STIPULATED.

5  Dated: March 17, 2011              _____/s/ Winter King_____
                                       WINTER KING (SBN 237958)
6                                      King@smwlaw.com
                                       MATTHEW D. ZINN (SBN 214587)
7                                      Zinn@smwlaw.com
                                       JACLYN H. PRANGE (SBN 270929)
8                                      Prange@smwlaw.com
                                       SHUTE, MIHALY & WEINBERGER LLP
9                                      396 Hayes Street
                                       San Francisco, CA  94102
10                                     Telephone:   (415) 552-7272
                                       Facsimile:   (415) 552-5816
11
                                       *Counsel for Defendant*
12

13  Dated: March 17, 2011              _____/s/ Karl Olson_____
                                       Karl Olson (SBN 104760)
14                                     kolson@ramolson.com
                                       RAM & OLSON LLP
15                                     555 Montgomery Street, Suite 820
                                       San Francisco, CA  94111
16                                     Tel: 415-433-4949
                                       Fax: 415-433-7311
17
                                       *Counsel for Plaintiffs*
18
                                                    **May 17, 2011 at 4:00 p.m.**
19      IT IS SO ORDERED.  The hearing shall be continued to ~~May 16, 2011 at 1:30 p.m~~. in
20  Courtroom E, 15th Floor, with the briefing schedule as set forth above.

21  Dated:   03/21/2011

23                                     The Honorable Elizabeth D. Laporte
                                       Magistrate Judge
                                       Northern District of California

                                       [SEAL: Judge Elizabeth D. Laporte / United States District Court / Northern District of California]

26  N:\Docs\1213-01\Pleadings\Stip re MotSanctions Extension.DOC