RANDY RIDDLE (CA State Bar No. 121788)
CITY ATTORNEY
KEVIN SCOTT DICKEY (CA State Bar No. 184251)
CHIEF DEPUTY CITY ATTORNEY
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone:   (510) 620-6509
Facsimile:   (510) 620-6518
randy_riddle@ci.richmond.ca.us

MATTHEW D. ZINN (CA State Bar No. 214587)
WINTER KING (CA State Bar No. 237958)
JACLYN H. PRANGE (CA State Bar No. 270929)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Zinn@smwlaw.com
King@smwlaw.com
Prange@smwlaw.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF RICHMOND, a charter city,<br><br>            Defendant. | Case No. 4:09-cv-02516-PJH<br>ORDER DENYING<br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT AND DEADLINE FOR DEFENDANT'S REPLY**<br><br>Judge:   Honorable Phyllis J. Hamilton<br>Dept.:   Courtroom 3<br><br>Trial Date:      July 25, 2011 |

1 | WHEREAS, the parties are entering reciprocal stipulations to continue the hearing on
2 | Defendant's motion for summary judgment by one week to April 13, 2011 and continue the
3 | briefing and hearing schedule on Defendant's motion for sanctions, to accommodate conflicts in
4 | the schedules of both parties.
5 | WHEREAS, the parties seek herein an order of the Court extending the hearing date on
6 | the motion for summary judgment and will separately submit a stipulation to the assigned
7 | magistrate judge to modify the briefing schedule on the motion for sanctions.
8 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
9 | as follows:
10 | The parties respectfully request that the hearing date on Defendant's Motion for
11 | Summary Judgment be moved from April 6, 2011 to April 13, 2011 at 9:00 a.m.  Reply papers
12 | shall be filed by March 30, 2011.
13 | DATED: March 17, 2011           RAM & OLSON LLP

By:  */s/ Karl Olson*
         KARL OLSON

Attorneys for Plaintiffs
JEFFREY HERSON and
EAST BAY OUTDOOR, INC.

DATED: March 17, 2011           SHUTE, MIHALY & WEINBERGER LLP

By:  */s/ Winter King*
         WINTER KING

Attorneys for Defendant
CITY OF RICHMOND

---
1
STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE
CASE NO. 9-cv-02516-PJH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendant's Motion for Summary Judgment is continued from April 6, 2011 to April 13, 2011 at 9:00 a.m. Reply papers shall be filed by March 30, 2011.

**IT IS SO ORDERED.**

DATED: March 23, 2011

**DENIED**
Judge Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Judge