1  RANDY RIDDLE (CA State Bar No. 121788)
   CITY ATTORNEY
2  KEVIN SCOTT DICKEY (CA State Bar No. 184251)
   CHIEF DEPUTY CITY ATTORNEY
3  CITY OF RICHMOND
   450 Civic Center Plaza
4  Richmond, CA 94804-1630
   Telephone:  (510) 620-6509
5  Facsimile:  (510) 620-6518
   randy_riddle@ci.richmond.ca.us
6
   ANDREW W. SCHWARTZ (CA State Bar No. 87699)
7  MATTHEW D. ZINN (CA State Bar No. 214587)
   WINTER KING (CA State Bar No. 237958)
8  SHUTE, MIHALY & WEINBERGER LLP
   396 Hayes Street
9  San Francisco, CA 94102
   Telephone:  (415) 552-7272
10 Facsimile:  (415) 552-5816
   Schwartz@smwlaw.com
11 Zinn@smwlaw.com
   King@smwlaw.com
12
   Attorneys for Defendant
13 CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RICHMOND, a charter city,<br><br>　　　　Defendant. | Case No. 4:09-cv-02516-PJH<br><br>**STIPULATION EXTENDING EXPERT DISCOVERY; [~~PROPOSED~~] ORDER**<br><br>Judge:　Honorable Phyllis J. Hamilton<br>Dept.:　Courtroom 3<br><br>Trial Date:　　None set |

WHEREAS, one or both of the parties will be filing a further motion for summary judgment in this case as contemplated by this Court's April 25, 2011 order on Defendant's motion for summary judgment;

WHEREAS, that further motion or motions may necessitate continuing the trial date and attendant deadlines, and the parties are presently conferring about whether one or both parties will request such an extension;

WHEREAS, the deadline for expert disclosures under the Court's scheduling order, as amended, is tomorrow, April 29, 2011; and

WHEREAS, the parties desire to extend the deadlines for expert discovery until they can resolve whether to jointly or individually request an extension of the trial date.

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order as follows:

1. The deadline for expert disclosures shall be extended to May 13, 2011. The date for closure of expert discovery shall similarly be extended to June 17, 2011.

2. If the Court eventually orders an extension of the trial date, the parties will request that the deadlines for expert discovery be reset based on the new trial date.

DATED: April 28, 2011          SHUTE, MIHALY & WEINBERGER LLP

                               By:  /s/
                                    MATTHEW D. ZINN

                               Attorneys for Defendant
                               CITY OF RICHMOND


DATED: April 28, 2011          RAM & OLSON LLP

                               By: [signature]
                                    KARL OLSON

                               Attorneys for Plaintiffs
                               JEFFREY HERSON and EAST BAY OUTDOOR, INC.

# [~~PROPOSED~~] ORDER

Good cause having been shown therefor, IT IS HEREBY ORDERED that the deadline for expert disclosures established by this Court's scheduling order, as amended, is extended to May 13, 2011. The date for closure of expert discovery is extended to June 17, 2011.

DATED: ~~April~~ May 3, 2011

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

2

STIPULATION EXTENDING EXPERT DISCOVERY: [PROPOSED] ORDER
CASE NO. 9-cv-02516-PJH