RANDY RIDDLE (CA State Bar No. 121788)
CITY ATTORNEY
KEVIN SCOTT DICKEY (CA State Bar No. 184251)
CHIEF DEPUTY CITY ATTORNEY
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone:  (510) 620-6509
Facsimile:  (510) 620-6518
randy_riddle@ci.richmond.ca.us

MATTHEW D. ZINN (CA State Bar No. 214587)
WINTER KING (CA State Bar No. 237958)
JACLYN H. PRANGE (CA State Bar No. 270929)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:  (415) 552-7272
Facsimile:  (415) 552-5816
Schwartz@smwlaw.com
Zinn@smwlaw.com
King@smwlaw.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF RICHMOND, a charter city,<br><br>　　　　Defendant. | Case No. 4:09-cv-02516-PJH<br><br>**STIPULATION RE SUMMARY JUDGMENT; [PROPOSED] ORDER** AS MODIFIED<br>Judge:  Honorable Phyllis J. Hamilton<br>Dept.:  Courtroom 3<br><br>Trial Date:  July 25, 2011 |

1  Pursuant to this Court's order of April 25, 2011, the parties hereby stipulate and notify
2 the Court of their proposal for further cross-motions for summary judgment as contemplated by
3 the April 25 order.
4  The parties propose to file cross-motions for summary judgment on July 1, 2011, to be
5 heard on August 10, 2011.  Each party's opening brief shall be no more than ten pages in length.
6 Each party shall file a consolidated opposition/reply brief of no more than five pages in length
7 on or before July 27, 2011.
8  This schedule would conflict with the July 25, 2011 trial date and thus would require a
9 continuance of the trial date. The parties accordingly request that the Court vacate the trial date
10 and other remaining deadlines established in the Court's scheduling order, as amended.  The
11 parties request that the Court set the case for trial on the first available trial date and reset the
12 remaining dates in the scheduling order based on the new trial date.
13  The parties therefore respectfully request that the Court enter the attached order
14 effectuating all of the foregoing.

15 DATED: May 5, 2011                SHUTE, MIHALY & WEINBERGER LLP

                                    By:  /s/ Matthew D. Zinn
                                         MATTHEW D. ZINN

                                    Attorneys for Defendant
                                    CITY OF RICHMOND

DATED: May 5, 2011                  RAM & OLSON LLP

                                    By:  /s/ Karl Olson (signature page attached)
                                         KARL OLSON

                                    Attorneys for Plaintiffs
                                    JEFFREY HERSON and EAST BAY OUTDOOR, INC.

**[PROPOSED] ORDER**

Having considered the parties' stipulation regarding summary judgment, which the parties submitted as provided in this Court's April 25, 2011 Order Granting Summary Judgment in Part and Denying Summary Judgment in Part, it is hereby ORDERED as follows:

1. The parties shall file their additional cross-motions for summary judgment, as provided for in this Court's April 25, 2011 order, on or before ~~July 1, 2011~~ June 29, 2011. Each party's opening brief shall be no more than ten pages in length.

2. Each party shall file a consolidated opposition/reply brief of no more than five pages in length on or before July 27, 2011.

3. The Court will hear argument on the cross-motions for summary judgment on August 10, 2011 at 9:00 a.m.

4. The remaining dates and deadlines established in this Court's scheduling order, as amended, are vacated. The new dates and deadlines ~~are established as follows~~ will be set after the motion is resolved.

~~Expert disclosures: _____~~

~~Expert discovery cutoff: _____~~

~~Pretrial conference: _____~~

~~Trial date: _____~~

DATED: May __9__, 2011



_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

STIPULATION RE SUMMARY JUDGMENT: [PROPOSED] ORDER
CASE NO. 9-cv-02516-PJH