UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HERSON, et al.,

    Plaintiff,

v.

CITY OF RICHMOND,

    Defendants.

No. C 09-2516 EDL

AMENDED RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from hearing this matter regarding the sanctions motion. The Clerk shall reassign this matter forthwith to another judge. The hearing on the motion for sanctions set for May 17, 2011 shall be vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: May 13, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge