Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
9663 Santa Monica Boulevard, No. 721
Beverly Hills, California 90210
Telephone:   (310) 809-3016
Facsimile:    (310) 861-0449

*Attorney for Plaintiffs*,
JEFFREY HERSON, EAST BAY OUTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, and individual; EAST BAY OUTDOOR, INC. a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF RICHMOND, a charter city,<br><br>    Defendant. | CASE NO.: CV 09-02516 PJH (LB)<br><br>**[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND**<br><br>FED. R. CIV. PROC. 62(d) |

1    Pursuant to stipulation of the parties, Plaintiffs' supersedeas cash bond is
2 ORDERED APPROVED.
3    Plaintiffs shall deposit $18,750 with the Clerk of the Court as a supersedeas
4 bond.  Execution on the sanctions award in the Court's Order of August 11, 2011
5 (ECF No. 170), is stayed pursuant to Federal Rule of Civil Procedure 62(d)
6 pending resolution of the appeals of the sanctions award.

8    IT IS SO ORDERED.

11   DATED: October 25, 2011



---
2
[Proposed] Order Approving Supersedeas Bond