1 | Joshua R. Furman, Bar No. 225461
  | jrf@furmanlawyers.com
2 | JOSHUA R. FURMAN LAW CORPORATION
  | 9663 Santa Monica Boulevard, No. 721
3 | Beverly Hills, California 90210
  | Telephone:  (310) 809-3016
4 | Facsimile:   (310) 861-0449

5 | *Attorney for Plaintiffs,*
  | JEFFREY HERSON, EAST BAY OUTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| JEFFREY HERSON, and individual; EAST BAY OUTDOOR, INC. a California corporation, | CASE NO.: CV 09-02516 PJH (LB) |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER APPROVING SUPERSEDEAS BOND |
| v. | FED. R. CIV. PROC. 62(d) |
| CITY OF RICHMOND, a charter city, | |
| Defendant. | |

1  Pursuant to stipulation of the parties, Plaintiffs' supersedeas cash bond is
2  ORDERED APPROVED.
3  Plaintiffs shall deposit $18,750 with the Clerk of the Court as a supersedeas
4  bond.  Execution on the sanctions award in the Court's Order of August 11, 2011
5  (ECF No. 170), is stayed pursuant to Federal Rule of Civil Procedure 62(d)
6  pending resolution of the appeals of the sanctions award.

8  IT IS SO ORDERED.

11 DATED: October 25, 2011

