UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HERSON, et al.,

    Plaintiffs,

    v.

CITY OF RICHMOND,

    Defendant.
_____/

No. C 09-2516 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment and supplemental motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: December 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge