RANDY RIDDLE (CA State Bar No. 121788)
CITY ATTORNEY
KEVIN SCOTT DICKEY (CA State Bar No. 184251)
CHIEF DEPUTY CITY ATTORNEY
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone:   (510) 620-6509
Facsimile:    (510) 620-6518
randy_riddle@ci.richmond.ca.us

MATTHEW D. ZINN (CA State Bar No. 214587)
WINTER KING (CA State Bar No. 237958)
JACLYN H. PRANGE (CA State Bar No. 270929)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816
Zinn@smwlaw.com
King@smwlaw.com
Prange@smwlaw.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF RICHMOND, a charter city,<br><br>          Defendant. | Case No. 4:09-cv-02516-PJH<br><br>**STIPULATION RE HEARING DATE ON MOTION FOR ATTORNEYS' FEES**<br><br>Judge:  Honorable Phyllis J. Hamilton<br>Dept.:  Courtroom 3<br><br>Trial Date:     July 25, 2011 |

1     WHEREAS, on December 19, 2011, Plaintiffs filed a Motion for Attorneys' Fees, to be heard on February 1, 2012;

    WHEREAS, Defendant's opposition to the motion is due on January 3, 2012; and

    WHEREAS, the time for preparation of the opposition falls entirely over the Christmas and New Year's holidays;

    NOW THEREFORE, the parties agree, and request that the court order, as follows:

1.     Plaintiffs' motion shall be heard on February 15, 2012.
2.     Defendant shall file its opposition no later than January 13, 2012.
3,     Plaintiffs shall file their reply no later than January 25, 2012.

DATED: December 29, 2011      SHUTE, MIHALY & WEINBERGER LLP

By: /s/ Matthew D. Zinn
    MATTHEW D. ZINN

Attorneys for Defendant
CITY OF RICHMOND

DATED: December 29, 2011      JOSHUA R. FURMAN LAW CORPORATION

By: /s/ Joshua R. Furman
    JOSHUA R. FURMAN

Attorneys for Plaintiffs JEFFREY HERSON and
EAST BAY OUTDOOR, INC.

IT IS SO ORDERED.

DATED: 1/4/12 _____

_____
UNITED STATES DISTRICT [JUDGE]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

273497.1

STIPULATION RE HEARING DATE ON MOTION FOR ATTORNEYS' FEES
CASE NO. 9-cv-02516-PJH

1