UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HERSON,

    Plaintiff,

    v.

CITY OF RICHMOND,

    Defendant.
_____/

No. C 09-2516 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Laurel Beeler for a report and recommendation on plaintiffs' motion for attorneys' fees.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: January 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J