UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HERSON, et al.,

    Plaintiff(s),

   v.

CITY OF RICHMOND,

    Defendant(s).
_____/

No. C 09-2516 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

The court has reviewed Magistrate Judge Beeler's March 9, 2012, Report and Recommendation Re: plaintiffs' motion for attorneys' fees. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for attorneys' fees is DENIED.

    IT IS SO ORDERED.

Dated: April 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge