BRUCE R. GOODMILLER (SBN 121491)
CITY ATTORNEY
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone:   (510) 620-6509
Facsimile:   (510) 620-6518
Bruce_Goodmiller@ci.richmond.ca.us

MATTHEW D. ZINN (SBN 214587)
WINTER KING (SBN 237958)
CATHERINE MALINA (SBN 299241)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Zinn@smwlaw.com
King@smwlaw.com
Malina@smwlaw.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual; EAST BAY OUTDOOR, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF RICHMOND, a charter city,<br><br>　　　　　Defendant. | Case No. 4:09-cv-02516-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND AFTER APPEAL**<br><br>Trial Date:　　July 25, 2011 |

1  WHEREAS, on August 11, 2011, Magistrate Judge Laurel Beeler ordered Plaintiffs to
2 pay Defendant sanctions of $15,000 following Defendant's motion for spoliation sanctions;
3  WHEREAS, on September 12, 2011, the Court denied Plaintiffs' motion for relief from
4 the Magistrate Judge's order pursuant to Local Rule 72-2;
5  WHEREAS, on October 11, 2011, Plaintiffs filed a notice of appeal of the Court's order;
6  WHEREAS, on October 11, 2011, the Parties stipulated that Plaintiffs would deposit
7 $18,750 with the Clerk of the Court as a supersedeas bond to stay Defendant's execution of the
8 sanctions award pending resolution of the appeal pursuant to Federal Rules of Civil Procedure
9 62(d).  The Parties further stipulated that if Defendant prevailed on appeal, the total sanctions
10 amount, plus interest and Defendant's costs on appeal, would be deducted from the bond and
11 paid to Defendant, and the remainder, if any, would be returned to Plaintiffs;
12  WHEREAS, on October 25, 2011, the Court ordered the supersedeas bond approved, and
13 Plaintiffs deposited $18,750 with the Clerk of the Court on November 3, 2011;
14  WHEREAS, on October 21, 2014, the Court of Appeals affirmed this Court's judgment,
15 including the sanctions order;
16  WHEREAS, on April 30, 2015, Plaintiffs filed a petition for a writ of certiorari in the
17 United States Supreme Court;
18  WHEREAS, on November 6, 2015, the United States Supreme Court granted Plaintiffs'
19 petition, vacated and remanded the judgment of the Court of Appeals for further consideration,
20 and awarded Plaintiffs $300.00 in costs; and
21  WHEREAS, on January 22, 2016, the Court of Appeals, on further consideration,
22 reinstated its judgment affirming this Court's judgment in full, and that judgment took effect on
23 February 19, 2016, when the Court of Appeals issued its mandate;
24 ///
25 ///
26 ///
27 ///
28 ///

1

STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND AFTER APPEAL
CASE NO. 4:09-cv-02516-PJH

NOW THEREFORE, the Parties agree, and request that the Court order, as follows:

1. The Clerk of the Court shall release the supersedeas bond.

2. The Clerk shall issue a check payable to Defendant's attorneys, Shute, Mihaly & Weinberger LLP, in the amount of $14,926.13, reflecting the total sanctions award, plus interest and Defendant's costs on appeal, minus costs awarded to Plaintiffs in the United States Supreme Court.

3. The Clerk shall issue a check payable to Plaintiffs' attorneys, Joshua R. Furman Law Corporation, In Trust, for the balance of the supersedeas bond, $3,823.87.

IT IS SO STIPULATED.

DATED:  March 3, 2016            SHUTE, MIHALY & WEINBERGER LLP

                                 By:      s/Matthew D. Zinn
                                          MATTHEW D. ZINN

                                 Attorneys for Defendant
                                 CITY OF RICHMOND

DATED:  March 3, 2016            JOSHUA R. FURMAN LAW CORPORATION

                                 By:      s/Joshua R. Furman
                                          JOSHUA R. FURMAN

                                 Attorneys for Plaintiffs JEFFERY HERSON and
                                 EAST BAY OUTDOOR, INC.

///
///
///

1  I hereby attest that concurrence in the filing of this document has been obtained from
2  each of the other signatories indicated by a conformed signature (/S/) within this e-filed
3  document.

4  DATED: March 3, 2016                    SHUTE, MIHALY & WEINBERGER LLP

6                                          By:      s/Matthew D. Zinn
                                                 MATTHEW D. ZINN

8                                               Attorneys for Defendant
                                                CITY OF RICHMOND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 7, 2016

_____
UNITED STATES DISTRICT JUDGE

*[Signature stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

15  762216.5

---

3
STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND AFTER APPEAL
CASE NO. 4:09-cv-02516-PJH